## CELIA ZAHRINGER *v.* GEORGE J. ZAHRINGER

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 251 (AC 20687), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's order modifying the unallocated alimony and child support award?"

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16795.

*Wesley W. Horton, Daniel J. Krisch, Samuel V. Schoonmaker IV* and *Thomas D. Colin*, in support of the petition.

*Gary I. Cohen*, in opposition.

Decided July 17, 2002

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.